DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTOINE ROBINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1313

[December 7, 2022]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 11-15902CF10A.

Antoine Robinson, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See* § 775.084(1)(a)3., Fla. Stat. (2011) (requiring for habitual felony offender sentencing that "[t]he felony for which the defendant is to be sentenced, and *one of* the two prior felony convictions, is not a violation of s. 893.13 relating to the purchase or the possession of a controlled substance") (emphasis added).

KLINGENSMITH, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***